## HERNANDEZ v. STATE. (No. 12608.)

Court of Criminal Appeals of Texas. May 1, 1929.

Sam S. Beene, of Fort Worth, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession of spiritous, vinous, and malt liquors, capable of producing intoxication, for the purpose of sale; penalty, one year in the penitentiary.

No statement of facts nor any bill of exception appears in the record. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

MORROW, P. J., not sitting.